IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

MARY C. HARTSOCK,

                 Defendant.

07-CR-6177

**INFORMATION**
(Felony)

**Violation:**
29 U.S.C. § 501(c)

---

### COUNT 1

**The United States Attorney Charges:**

Beginning in or about January 2002, and continuing until in or about January 2007, the exact dates being unknown, in the Western District of New York, the defendant, MARY C. HARTSOCK, while office manager and representative of Laborers Local Union #1358, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said labor organization, in the approximate amount of $17,958.

**All in violation of Title 29, United States Code, Section 501(c).**

Dated:  Rochester, New York, October 29, 2007.

                              TERRANCE P. FLYNN
                              United States Attorney
                              Western District of New York

BY: _____
       RICHARD A. RESNICK
       Assistant United States Attorney